UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION



FILED
SEP 1 4 2009

```
******************************************************************
                                *
SHIRLEE M. RHEAD,               *    CIV 09-4095
                                *
        Plaintiff,              *
                                *
    vs.                         *
                                *    JUDGMENT OF DISMISSAL
FIRST NATIONS COMPENSATION      *      OF SEDGWICK CLAIMS
PLAN and SEDGWICK CLAIMS        *    MANAGEMENT SERVICES, INC.
MANAGEMENT SERVICES, INC.,      *
                                *
        Defendants.             *
                                *
******************************************************************
```

Based upon the Stipulation to Dismiss Without Prejudice Sedgwick Claims Management Services, Inc., Doc. 12, it is hereby,

ORDERED, ADJUDGED AND DECREED that the Complaint of the Plaintiff against Defendant Sedgwick Claims Management Services, Inc. is hereby dismissed upon the merits, without prejudice, and with each party to pay its own costs and attorney's fees.

Dated this 11th day of September, 2010.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: _____
              DEPUTY