

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| SHIRLEE M. RHEAD, | CIV 09-4095 |
| Plaintiff, | |
| vs. | |
| FIRST NATIONS COMPENSATION PLAN and SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., | JUDGMENT OF DISMISSAL OF FIRST NATIONS COMPENSATION PLAN |
| Defendants. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Based upon the Plaintiff's Motion to Dismiss Without Prejudice First Nations Compensation Plan, it is hereby,

ORDERED, ADJUDGED AND DECREED that the Complaint of the Plaintiff against Defendant First Nations Compensation Plan is hereby dismissed upon the merits, without prejudice, and with each party to pay its own costs and attorney's fees.

Dated this 11th day of December, 2009.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: _____
DEPUTY